LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SENAY, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY, <br><br> Defendants. | Case No. C 06 0594 MJJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.** <br><br> HON. MARTIN J. JENKINS |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice defendants ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., from the above-captioned action.

Dated: May 26, 2006                    **LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

VOLUNTARY DISMISSAL                                                                 PAGE 1