1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
2  DENNIS J. CANTY, ESQ. (SBN 207978)
   EMILY CHARLEY, ESQ. (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Telephone      (415) 646-7160
5  Facsimile      (415) 981-1270

6  Attorneys for Plaintiff

7
                    **UNITED STATES DISTRICT COURT**
8
                  **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11  ANDRE SENAY,                      ) Case No. C 06 0594 MJJ
                                      )
12          Plaintiff,                ) **NOTICE OF VOLUNTARY**
                                      ) **DISMISSAL**
13      vs.                           ) **ASTRAZENECA**
                                      ) **PHARMACEUTICALS, L.P.,**
14  ASTRAZENECA PHARMACEUTICALS,      ) **ASTRAZENECA, L.P.**
    L.P., ASTRAZENECA, L.P., ELI LILLY AND )
15  COMPANY,                          ) **HON. MARTIN J. JENKINS**
                                      )
16          Defendants.               )  AND ORDER.
                                      )
17                                    )
                                      )
18                                    )

19      NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily

20  dismisses without prejudice defendants ASTRAZENECA PHARMACEUTICALS, L.P.,

21  ASTRAZENECA, L.P., from the above-captioned action.

22  Dated: May 26, 2006                    **LEVIN SIMES KAISER & GORNICK LLP**

23

24
                                           _____
25                                         Dennis J. Canty
                                           Attorneys for Plaintiff
26
                                           GRANTED
27                                         Judge Martin J. Jenkins

28  5/30/2006