Lawrence J. Gornick [SBN 136290]
Dennis J. Canty [SBN 207978]
Emily Charley [SBN 238542]
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SENAY, | Case No.: 3:06-cv-0594-MJJ |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | |
| Defendants. | |

PLEASE TAKE NOTICE that effective November 13, 2006, the law offices of LEVIN SIMES KAISER & GORNICK LLP will be moving. Our new address is:

**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Phone: (415) 646-7160
Fax:    (415) 981-1270

DATED: November 3, 2006          LEVIN SIMES KAISER & GORNICK LLP


By:_____/S/_____
    Emily Charley
    Attorney for Plaintiff